UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Anthony Brian Mallgren

     petitioner

UNITED STATES

NEW YORK STOCK EXCHANGE

NASDAQ

     respondent

Case: 1:26–cv–02534
Assigned To : Unassigned
Assign. Date : 7/16/2026
Description: Pro Se Gen. Civ. (F–DECK)

COMPLAINT

JURISDICTION

28 U.S.C. § 1346 – United States as a defendant

Note: The Chief Judge of the Southern District of New York is committing egregious misconduct and correction is currently being stalled by the Second Circuit; hence, this complaint being filed in the District of Columbia.

PARTIES

Anthony Brian Mallgren

1551 Williamsbridge Road 2E

Bronx, NY 10461

(202) 550-3247

BACKGROUND

1. Anthony Brian Mallgren, petitioner, has found that there are many schemes and scams, even in the most overt presentation of the market.
    a. For example, Anthony Brian Mallgren, petitioner, performed cyclical pattern indexing, and executed a trade. After the trade, it seemed that there was a systematic, automated, change in the cycle, as if it had been artificially created to induce a person to enter into that type of trade.

RECEIVED

JUL 16 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

b. In another instance, Anthony Brian Mallgren, petitioner, attempted rehabilitation trading, attempting to consult with an organization after entering into investment. The organization immediately entered bankruptcy proceedings, and the investment was lost.

    i. Note that New York culture, heavily influencing the New York Stock Exchange, respondent, and the NASDAQ, respondent, seems to try to leverage insider trading principles, such as that which can be utilized in a negative fashion, i.e., utilizing information to scam the general market out of their investments, to try to prevent value investing, where one may profit from actual work performed in an equitable fashion (such as employed by many employers through granting stocks and/or options), in implementing an antisocial culture, where financial transactions maintain an extractive nature.

2. The Securities and Exchange Commission, of the United States, respondent, has seemingly sponsored and endorsed this behavior by allowing the obfuscation and concealment of market data, both through the pay walling of public market data, and the anonymization of bidding data.

RELIEF

3. The publication of all market data, including identities.
4. Financial compensation for losses occurred.

/s Anthony Brian Mallgren/

July 16th, 2026